UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

CHRISTINA PETERS-STASIEWICZ,

      Plaintiff,

v.                                    Case No.: 17-CV-847

A.B. DATA, LTD.,

      Defendant.
_____

## ORDER FOR DISMISSAL
_____

Upon the stipulation of the parties;

IT IS HEREBY ORDERED that plaintiff Christina Peters-Stasiewicz's complaint against A.B. Data, Ltd. is dismissed with prejudice and without costs to any party.

Dated at Milwaukee, Wisconsin, this 5th day of October, 2018.

                                                  BY THE COURT:

                                                *s/ David E. Jones*
                                                DAVID E. JONES
                                                United States Magistrate Judge